| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>**Michael David Banuelos**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   01/26/2026      Michael David Banuelos
                              Printed name of Debtor 1                                        Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                    Page 1                                     F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: _____   _____        _____
                              Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 2                              **F 1002-1.EMP.INCOME.DEC**

```
DSP ELECTRICAL CONTRACTORS, INC                Barrett Business Services, Inc.
DBA: DSP ELECTRICAL CONTRACTORS                200 E. Sandpointe Ave. Ste 100
28485 HIGHWAY 74, UNIT R310                            Santa Ana, CA 92707
LAKE ELSINORE, CA 92532                        FEIN: 52-0812977  TELE: 949/255-5322
```

| | | | | | | |
|---|---|---|---|---|---|---|
| **Employee** | J89331 Michael David Banuelos | | xxx-xx-2474 | 915321 | | |
| **Status / Allow** | SS / Si| **Emp Type** Hourly | **Check #** 0035531219 | | | |
| **Payment Date** 01-23-2026 | **Period** 01-12-2026 - 01-18-2026 | | | | | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| LIFE | 9.73 | 38.92 | |
| FEDERAL TAX | 138.19 | 552.76 | 5600.00 |
| MEDICARE | 20.30 | 81.20 | 5600.00 |
| SOC SECURITY | 86.80 | 347.20 | 5600.00 |
| CA INCOME TAX | 58.21 | 232.84 | 5600.00 |
| CA DISABILITY | 18.20 | 72.80 | 5600.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK | JOB |
|---|---|---|---|---|---|---|
| 1 | UNION REG | 35.0000 | 16.00 | 560.00 | 16.00 | 5190OC |
| 1 | REGULAR PAY | 35.0000 | 24.00 | 840.00 | 24.00 | 5140 |

Total Gross Pay / Hours Worked     1,400.00     40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 0.00 | 40.00 | 8.00 | 32.00 |
| | VACATION | 1.45 | 48.86 | 42.93 | 7.38 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 89718 | 1068.57 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,400.00 | 5,600.00 |
| **Gross Pay** | 1,400.00 | 5,600.00 |
| **Net Pay** | 1,068.57 | 4,274.28 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** DSP ELECTRICAL CONTRACTORS 28497 HIGHWAY 74, UNIT R310 LAKE ELSINORE CA 92532 **

SICK YTD hours taken: 8.00

MvQuery Version: BBSI_SS_CHECKS_REG

---

0035531219

200 E. Sandpointe Ave. Ste 100                    01-23-2026
Santa Ana, CA 92707

AMOUNT

** VOID **

Non-negotiable

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

*Non-Negotiable* (watermark)

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

915321     DSP ELECTRICAL CONTRACTORS

```
DSP ELECTRICAL CONTRACTORS, INC                Barrett Business Services, Inc.
DBA: DSP ELECTRICAL CONTRACTORS                200 E. Sandpointe Ave. Ste 100
28485 HIGHWAY 74, UNIT R310                                Santa Ana, CA 92707
LAKE ELSINORE, CA 92532                        FEIN: 52-0812977 TELE: 949/255-5322
```

**Employee** J89331 Michael David Banuelos    xxx-xx-2474    915321
**Status / Allow** SS / Si
**Emp Type** Hourly    **Check #** 0035465547
**Payment Date** 01-16-2026    **Period** 01-05-2026 - 01-11-2026

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| LIFE | 9.73 | 29.19 | |
| FEDERAL TAX | 138.19 | 414.57 | 4200.00 |
| MEDICARE | 20.30 | 60.90 | 4200.00 |
| SOC SECURITY | 86.80 | 260.40 | 4200.00 |
| CA INCOME TAX | 58.21 | 174.63 | 4200.00 |
| CA DISABILITY | 18.20 | 54.60 | 4200.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK | JOB |
|---|---|---|---|---|---|---|
| 1 | SICK | 35.0000 | 8.00 | 280.00 | 0.00 | 5140 |
| 1 | REGULAR PAY | 35.0000 | 16.00 | 560.00 | 16.00 | 5140 |
| 1 | UNION REG | 35.0000 | 16.00 | 560.00 | 16.00 | 5190OC |

Total Gross Pay / Hours Worked    1,400.00    32.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 0.00 | 40.00 | 8.00 | 32.00 |
| | VACATION | 1.45 | 47.32 | 42.93 | 5.84 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 89718 | 1068.57 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,400.00 | 4,200.00 |
| Gross Pay | 1,400.00 | 4,200.00 |
| Net Pay | 1,068.57 | 3,205.71 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** DSP ELECTRICAL CONTRACTORS 28497 HIGHWAY 74, UNIT R310 LAKE ELSINORE CA 92532 **
SICK YTD hours taken: 8.00

MvQuery Version: BBSI_SS_CHECKS_REG

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

0035465547
01-16-2026

AMOUNT    ** VOID **

Non-negotiable

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

*Non-Negotiable*

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

915321    DSP ELECTRICAL CONTRACTORS

```
DSP ELECTRICAL CONTRACTORS, INC                Barrett Business Services, Inc.
DBA: DSP ELECTRICAL CONTRACTORS                200 E. Sandpointe Ave. Ste 100
28485 HIGHWAY 74, UNIT R310                              Santa Ana, CA 92707
LAKE ELSINORE, CA 92532                        FEIN: 52-0812977  TELE: 949/255-5322
```

| | | | | | | |
|---|---|---|---|---|---|---|
| **Employee** | J89331 Michael David Banuelos | | | xxx-xx-2474 | 915321 | |
| **Status / Allow** | SS / Si | **Emp Type** Hourly | **Check #** 0035398743 | | | |
| **Payment Date** 01-09-2026 | | **Period** 12-29-2025 - 01-04-2026 | | | | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| LIFE | 9.73 | 19.46 | |
| FEDERAL TAX | 138.19 | 276.38 | 2800.00 |
| MEDICARE | 20.30 | 40.60 | 2800.00 |
| SOC SECURITY | 86.80 | 173.60 | 2800.00 |
| CA INCOME TAX | 58.21 | 116.42 | 2800.00 |
| CA DISABILITY | 18.20 | 36.40 | 2800.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK | JOB |
|---|---|---|---|---|---|---|
| 1 | UNION REG | 35.0000 | 8.00 | 280.00 | 8.00 | 5190OC |
| 1 | HOLIDAY | 35.0000 | 16.00 | 560.00 | 0.00 | 5140 |
| 1 | REGULAR PAY | 35.0000 | 16.00 | 560.00 | 16.00 | 5140 |

Total Gross Pay / Hours Worked   1,400.00   24.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 0.00 | 40.00 | 0.00 | 40.00 |
| | VACATION | 1.45 | 46.09 | 42.93 | 4.61 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 89718 | 1068.57 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,400.00 | 2,800.00 |
| **Gross Pay** | 1,400.00 | 2,800.00 |
| **Net Pay** | 1,068.57 | 2,137.14 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** DSP ELECTRICAL CONTRACTORS 28497 HIGHWAY 74, UNIT R310 LAKE ELSINORE CA 92532 **

SICK YTD hours taken: 0.00

MvQuery Version: BBSI_SS_CHECKS_REG

---

0035398743

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

01-09-2026

AMOUNT

** VOID **

Non-negotiable

Non-Negotiable

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

915321      DSP ELECTRICAL CONTRACTORS

```
DSP ELECTRICAL CONTRACTORS, INC                    Barrett Business Services, Inc.
DBA: DSP ELECTRICAL CONTRACTORS                    200 E. Sandpointe Ave. Ste 100
28485 HIGHWAY 74, UNIT R310                                  Santa Ana, CA 92707
LAKE ELSINORE, CA 92532                            FEIN: 52-0812977 TELE: 949/255-5322
```

**Employee** J89331 Michael David Banuelos          xxx-xx-2474      915321
**Status / Allow** SS / Si    **Emp Type** Hourly   **Check #** 0035318015
**Payment Date** 01-02-2026   **Period** 12-22-2025 - 12-28-2025

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| LIFE | 9.73 | 9.73 | |
| FEDERAL TAX | 138.19 | 138.19 | 1400.00 |
| MEDICARE | 20.30 | 20.30 | 1400.00 |
| SOC SECURITY | 86.80 | 86.80 | 1400.00 |
| CA INCOME TAX | 58.21 | 58.21 | 1400.00 |
| CA DISABILITY | 18.20 | 18.20 | 1400.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK | JOB |
|---|---|---|---|---|---|---|
| 1 | UNION REG | 35.0000 | 16.00 | 560.00 | 16.00 | 5140 |
| 1 | HOLIDAY | 35.0000 | 16.00 | 560.00 | 0.00 | 5140 |
| 1 | REGULAR PAY | 35.0000 | 8.00 | 280.00 | 8.00 | 5140 |

Total Gross Pay / Hours Worked       1,400.00       24.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 0.00 | 40.00 | 40.00 | 0.00 |
| | VACATION | 1.45 | 45.17 | 42.93 | 3.69 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 89718 | 1068.57 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,400.00 | 1,400.00 |
| **Gross Pay** | 1,400.00 | 1,400.00 |
| **Net Pay** | 1,068.57 | 1,068.57 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** DSP ELECTRICAL CONTRACTORS 28497 HIGHWAY 74, UNIT R310 LAKE ELSINORE CA 92532 **
SICK YTD hours taken: 40.00

MvQuery Version: BBSI_SS_CHECKS_REG

---

0035318015

200 E. Sandpointe Ave. Ste 100              01-02-2026
Santa Ana, CA 92707

AMOUNT
** VOID **

Non-negotiable

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

*Non-Negotiable* (watermark)

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

915321      DSP ELECTRICAL CONTRACTORS

DSP ELECTRICAL CONTRACTORS, INC
DBA: DSP ELECTRICAL CONTRACTORS
28485 HIGHWAY 74, UNIT R310
LAKE ELSINORE, CA 92532

Barrett Business Services, Inc.
200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707
FEIN: 52-0812977 TELE: 949/255-5322

**Employee** J89331 Michael David Banuelos   xxx-xx-2474   915321
**Status / Allow** SS / Si
**Emp Type** Hourly   **Check #** 0035223895
**Payment Date** 12-26-2025   **Period** 12-15-2025 - 12-21-2025

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| LIFE | 9.13 | 255.64 | |
| MEDICAL PT | 0.00 | 33.14 | |
| UNION ANNUIT | 0.00 | 4069.50 | |
| UNION PENSIO | 0.00 | 8071.16 | |
| UNION HLTH | 0.00 | 7799.89 | |
| UNION VAC_SU | 0.00 | 6809.63 | |
| FEDERAL TAX | 146.73 | 17018.56 | 110949.18 |
| MEDICARE | 20.30 | 1608.76 | 110949.18 |
| SOC SECURITY | 86.80 | 6878.85 | 110949.18 |
| CA INCOME TAX | 60.10 | 7325.58 | 110949.18 |
| CA DISABILITY | 16.80 | 1331.37 | 110949.18 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK | JOB |
|---|---|---|---|---|---|---|
| 1 | SICK | 35.0000 | 8.00 | 280.00 | 0.00 | 5140 |
| 1 | UNION REG | 35.0000 | 32.00 | 1120.00 | 32.00 | 5140 |

Total Gross Pay / Hours Worked   1,400.00   32.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 0.00 | 40.00 | 40.00 | 0.00 |
| | VACATION | 1.45 | 44.25 | 42.93 | 2.77 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 89718 | 1060.14 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,400.00 | 110,982.32 |
| **Gross Pay** | 1,400.00 | 110,982.32 |
| **Net Pay** | 1,060.14 | 49,780.24 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** DSP ELECTRICAL CONTRACTORS 28497 HIGHWAY 74, UNIT R310 LAKE ELSINORE CA 92532 **
SICK YTD hours taken: 40.00

MvQuery Version: BBSI_SS_CHECKS_REG

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

0035223895
12-26-2025

AMOUNT   ** VOID **

Non-negotiable

Non-Negotiable

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

915321   DSP ELECTRICAL CONTRACTORS

```
DSP ELECTRICAL CONTRACTORS, INC                    Barrett Business Services, Inc.
DBA: DSP ELECTRICAL CONTRACTORS                    200 E. Sandpointe Ave. Ste 100
28485 HIGHWAY 74, UNIT R310                                  Santa Ana, CA 92707
LAKE ELSINORE, CA 92532                            FEIN: 52-0812977 TELE: 949/255-5322
```

| | | | | | | |
|---|---|---|---|---|---|---|
| **Employee** | J89331 Michael David Banuelos | | xxx-xx-2474 | 915321 | | |
| **Status / Allow** | SS / Si | **Emp Type** Hourly | **Check #** 0035147005 | | | |
| **Payment Date** 12-19-2025 | | **Period** 12-08-2025 - 12-14-2025 | | | | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| LIFE | 9.13 | 246.51 | |
| MEDICAL PT | 0.00 | 33.14 | |
| UNION ANNUIT | 0.00 | 4069.50 | |
| UNION PENSIO | 0.00 | 8071.16 | |
| UNION HLTH | 0.00 | 7799.89 | |
| UNION VAC_SU | 0.00 | 6809.63 | |
| FEDERAL TAX | 146.73 | 16703.10 | 108049.18 |
| MEDICARE | 20.30 | 1566.71 | 108049.18 |
| SOC SECURITY | 86.80 | 6699.05 | 108049.18 |
| CA INCOME TAX | 60.10 | 7196.07 | 108049.18 |
| CA DISABILITY | 16.80 | 1296.57 | 108049.18 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK | JOB |
|---|---|---|---|---|---|---|
| 1 | UNION REG | 35.0000 | 40.00 | 1400.00 | 40.00 | 51900C |

Total Gross Pay / Hours Worked    1,400.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 0.00 | 40.00 | 32.00 | 8.00 |
| | VACATION | 1.45 | 43.02 | 42.93 | 1.54 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 89718 | 1060.14 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,400.00 | 108,082.32 |
| **Gross Pay** | 1,400.00 | 108,082.32 |
| **Net Pay** | 1,060.14 | 47,590.99 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** DSP ELECTRICAL CONTRACTORS 28497 HIGHWAY 74, UNIT R310 LAKE ELSINORE CA 92532 **
SICK YTD hours taken: 32.00

MvQuery Version: BBSI_SS_CHECKS_REG

---

0035147005

200 E. Sandpointe Ave. Ste 100                         12-19-2025
Santa Ana, CA 92707

AMOUNT

** VOID **

Non-negotiable

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

*Non-Negotiable* (watermark)

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

915321    DSP ELECTRICAL CONTRACTORS

```
DSP ELECTRICAL CONTRACTORS, INC                    Barrett Business Services, Inc.
DBA: DSP ELECTRICAL CONTRACTORS                    200 E. Sandpointe Ave. Ste 100
28485 HIGHWAY 74, UNIT R310                              Santa Ana, CA 92707
LAKE ELSINORE, CA 92532                        FEIN: 52-0812977 TELE: 949/255-5322
```

| | | | | | | |
|---|---|---|---|---|---|---|
| **Employee** | J89331 Michael David Banuelos | | | xxx-xx-2474 | 915321 | |
| **Status / Allow** | SS / Si | **Emp Type** Hourly | | **Check #** 0035099523 | | |
| **Payment Date** 12-12-2025 | | **Period** 12-01-2025 - 12-07-2025 | | | | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| LIFE | 0.00 | 237.38 | |
| MEDICAL PT | 0.00 | 33.14 | |
| UNION ANNUIT | 0.00 | 4069.50 | |
| UNION PENSIO | 0.00 | 8071.16 | |
| UNION HLTH | 0.00 | 7799.89 | |
| UNION VAC_SU | 0.00 | 6809.63 | |
| FEDERAL TAX | 169.29 | 16556.37 | 106649.18 |
| MEDICARE | 21.78 | 1546.41 | 106649.18 |
| SOC SECURITY | 93.16 | 6612.25 | 106649.18 |
| CA INCOME TAX | 69.67 | 7135.97 | 106649.18 |
| CA DISABILITY | 18.03 | 1279.77 | 106649.18 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK | JOB |
|---|---|---|---|---|---|---|
| 1 | VACATION | 35.0000 | 42.93 | 1502.55 | 0.00 | 5140 |

Total Gross Pay / Hours Worked   1,502.55   0.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 0.00 | 40.00 | 32.00 | 8.00 |
| | VACATION | 1.45 | 41.48 | 42.93 | 0.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 89718 | 1130.62 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,502.55 | 106,682.32 |
| **Gross Pay** | 1,502.55 | 106,682.32 |
| **Net Pay** | 1,130.62 | 46,530.85 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** DSP ELECTRICAL CONTRACTORS 28497 HIGHWAY 74, UNIT R310 LAKE ELSINORE CA 92532 **

SICK YTD hours taken: 32.00

MvQuery Version: BBSI_SS_CHECKS_REG

---

0035099523

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

12-12-2025

AMOUNT
** VOID **

Non-negotiable

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

*Non-Negotiable* (watermark)

---

200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707

Michael David Banuelos
26228 Lazy Creek Rd
MENIFEE, CA 92586

915321    DSP ELECTRICAL CONTRACTORS