Certificate Number: 14912-CAC-DE-040818814

Bankruptcy Case Number: 26-10604



14912-CAC-DE-040818814

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2026</u>, at <u>10:16</u> o'clock <u>PM EDT</u>, <u>Michael Banuelos</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>April 5, 2026</u>          By:    <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title:  <u>Counselor</u>